

**ORDERED in the Southern District of Florida on January 25, 2010.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-35926-RAM
CHAPTER 7 CASE

IN RE:
PAULINE LORENC
A/K/A PAULINE SARNO LORENC
A/K/A PAULINE S. LORENC
A/K/A PAULINE SARNO
Debtor.
_____/

### ORDER GRANTING MODIFICATION OF STAY

THIS CASE came before the court, upon Motion for Relief from Stay (Docket #24) filed pursuant to local rule 4001-1(c) by **BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP.**, a secured creditor, and there being no objections to the entry of this order within the fourteen days negative notice period set forth therein, and the Court based on the record,

ORDERED AND ADJUDGED as follows:

1. That the Motion for Relief from Stay is, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

09-53824

UNIT 4306, OF VILLAGE BY THE BAY, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 20825, PAGE 2673, AND ANY AMENDMENTS THERETO, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.

A/K/A: 3115 NE 184 ST, #4306, AVENTURA, FL 33160

2. It is further ORDERED ADJUDGED AND DECREED that the Order granting Relief from the automatic stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

3. Bankruptcy fees and costs of $700.00 are awarded for bringing forth the prosecution of the Motion for Relief.

4. The fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that **BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP.** can pursue its in rem remedies without further delay.

5. BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP., is permitted to offer the debtor information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/Loss Mitigation agreement and may enter into such agreement with the debtor without violating any Discharge Order. However, **BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP.,** may not enforce any personal liability against the debtor if Debtor's personal liability is discharged in this bankruptcy case.

###

Prepared by: LAW OFFICES OF MARSHALL C. WATSON, P.A.
ATTN: SCOTT WEISS,ESQ
1800 NORTH WEST 49TH STREET – SUITE #120
FORT LAUDERDALE, FLORIDA 33309

Scott Weiss, Esq., Is directed to furnish a
Conformed copy of this Order immediately
upon receipt of same and file certificate
of service with the court.

09-53824